UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
       -v-                                                      :          22-CR-521 (LJL)
:
BRENDAN CRUZ,                                                     :          <u>ORDER</u>
:
                 Defendant.                                    :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a request from counsel for the Defendant to have a law student address the Court during sentencing on behalf of the Defendant. The Court further has been informed that Defendant consents. The Court has adopted a Plan for Student Practice In Civil Actions but has not adopted any such plan in connection with criminal actions. Accordingly, defense counsel is directed to advise the Court by no later than noon on April 20, 2023, of any authority bearing on the question whether a student not admitted to practice in this District may be permitted to address the Court on behalf of the defendant in a criminal action.

      SO ORDERED.

Dated: April 19, 2023
       New York, New York
                                                                       LEWIS J. LIMAN
                                                      United States District Judge